IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CASE NO: 2:06-CR-144-WKW |
| ) | |
| PAUL MEREZ GRAHAM    ) | |

### MOTION TO CONTINUE DETENTION HEARING

**COMES NOW** the defendant, **Paul Merez Graham**, through undersigned counsel, Christine A. Freeman, and files his motion to continue the detention hearing set for 9:00 a.m., July 21, 2006. This continuance is necessary for the parties to discuss possible resolution of this issue.

**WHEREFORE**, the defendant respectfully requests that his Motion be granted and the detention hearing not be rescheduled until further notice from the parties.

Dated this 20th day of July 2006.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-144-WKW** |
| | ) | |
| **PAUL MEREZ GRAHAM** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tommie Brown Hardwick, Assistant U.S. Attorney, .

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org