IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr144-WKW |
| | ) | |
| PAUL MEREZ GRAHAM | ) | |

## **ORDER**

Upon consideration of defendant's motion to continue detention hearing (Doc. # 11), filed July 20, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The hearing is CONTINUED generally until further notice from the parties.

DONE, this 21ˢᵗ day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE