IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr144-WKW |
| | ) |
| PAUL MEREZ GRAHAM | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given of the appearance of Thomas M. Goggans as counsel for Defendant Paul Merez Graham.

        **s/ Thomas M. Goggans**
        Ala. State Bar No. 2222-S45-T
        2030 East Second Street
        Montgomery AL 36106
        PH: 334.834.2511
        FX: 334.834.2512
        e-mail: tgoggans@tgoggans.com

        Attorney for Defendant
        Paul Merez Graham

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr144-WKW |
| | ) |
| PAUL MEREZ GRAHAM | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 4th day of August, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to the following: **Tommie Brown Hardwick, John T. Harmon, Christine A. Freeman**

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Paul Merez Graham

2