## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-144-WKW-SRW** |
| | ) | |
| **PAUL GRAHAM** | ) | |

### MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Christine A. Freeman, and moves to

withdraw as appointed counsel for **PAUL MONREZ GRAHAM**, in the above-styled

matter.  As basis for this Motion, undersigned counsel notes that Thomas Martele Goggans

has today filed a notice of appearance as retained counsel for Mr. Graham (D.E. 14).

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Paul Graham
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Tommie Brown Hardwick, Assistant U.S. Attorney.

<u>**s/Christine A. Freeman**</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org