IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CASE NO: 2:06-CR-144-WKW-SRW |
| | ) |
| PAUL GRAHAM | ) |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Christine A. Freeman, and moves to withdraw as appointed counsel for **PAUL MONREZ GRAHAM**, in the above-styled matter. As basis for this Motion, undersigned counsel notes that Thomas Martele Goggans has today filed a notice of appearance as retained counsel for Mr. Graham (D.E. 14).

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Paul Graham
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**MOTION GRANTED**

THIS 4th DAY OF August, 2006

_____
UNITED STATES MAGISTRATE JUDGE