IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06CR144-WKW |
| | ) | |
| PAUL MEREZ GRAHAM | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>August 30, 2006</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner: <u>PAUL MEREZ GRAHAM</u> before the United States District Court at Courtroom 4-B, on the 30th day of August, 2006, at 10:00 a.m.

DONE, this the 16th day of August, 2006.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By:  *[signature]*
     Deputy Clerk