| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** August 21, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:27 - 3:32 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr144-WKW | **DEFENDANT(S)** Paul Merez Graham |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick | * | Tommy Goggans |

☐ **DISCOVERY STATUS:**
  Mr. Goggans has not received discovery on new counts in Superseding Indictment
  Government to produce additional discovery for 8/23/06

☐ **PENDING MOTION STATUS:**
  Motion to suppress has been filed.
  Another motion may be filed after counsel looks over additional discovery.

☐ **PLEA STATUS:**
  No plea discussions
  Notice of intent to change plea to be filed on or before noon on September 6, 2006

☐ **TRIAL STATUS**
  Trial time - 2/3 days

☐ **REMARKS:**
  Motion to continue trial to be filed