COURTROOM DEPUTY MINUTES         DATE: **AUGUST 30, 2006**
MIDDLE DISTRICT OF ALABAMA
                                 DIGITAL RECORDING: **11:45 - 11:52**

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ☐ ARRAIGNMENT
- ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**     DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06-CR-144-WKW-SRW**     DEFT. NAME: **PAUL MEREZ GRAHAM**

USA: **A. CLARK MORRIS**     ATTY: **THOMAS GOGGANS**

Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: _____

Defendant ____ does ✓ does NOT need an interpreter; NAME: _____

- ☐ Kars.  Date of Arrest _____ or ☐ Rule 5 Arrest
- ☐ Kia.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff. Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- ☐ koappted ORAL ORDER appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐ **DETENTION HRG** ☐ held; ☐ Set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn. **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd. ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
  ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko. Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg. Identity/Removal Hearing ☐ set for _____ ; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl. Waiver of Preliminary hearing;
- ☐ Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr. ARRAIGNMENT SET FOR: _____ ✓ **HELD.** Plea of **NOT GUILTY** entered.
  ✓ Trial Term **9/18/06** ; ☐ **PRETRIAL CONFERENCE DATE:** _____
  ☐ **DISCOVERY DISCLOSURES DATE:** _____
- ☐ Krmknn. **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt **Waiver of Speedy Trial Act Rights Executed.**