IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.        ) | CASE NO. 2:06-CR-144-WKW |
| ) | |
| PAUL MEREZ GRAHAM ) | |
| ) | |

**ORDER**

Upon consideration of the United States of America's Motion to Dismiss Indictment (Doc. # 26-1), and for good cause shown, it is ORDERED that the motion is GRANTED and the Indictment (Doc. # 1) is DISMISSED.

DONE this the 7th day of September, 2006.

　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE