IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr144-WKW |
| | ) | |
| PAUL MEREZ GRAHAM | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1.     Trial for the above referenced defendant is presently scheduled for January 8, 2007, before the Honorable William Keith Watkins. A suppression hearing is presently scheduled for November 17, 2006. The United States is unable to proceed with the suppression hearing as scheduled because an essential government witness is unavailable for the hearing. The United States moved to continue the suppression hearing until after December 1, 2006.

2.     A delay in the Suppression Hearing will not give the parties adequate time to assess the impact of the suppression ruling and/or file objections to the suppression ruling before the District Court. The United States respectfully moves to continue the trial of the above-referenced defendant. Defense has no objections to the motion to continue the suppression hearing and trial.

Respectfully submitted this the 16th day of November, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Tommie Brown Hardwick
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: tommie.hardwick@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CR. NO. 2:06cr144-WKW |
| | ) |
| PAUL MEREZ GRAHAM | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas M. Goggans, Esq.

                                                 Respectfully submitted,

                                                 /s/Tommie Brown Hardwick
                                                 TOMMIE BROWN HARDWICK
                                                 Assistant United States Attorney
                                                 One Court Square, Suite 201
                                                 Montgomery, AL 36104
                                                 Phone: (334)223-7280
                                                 Fax: (334)223-7135
                                                 E-mail: tommie.hardwick@usdoj.gov