IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr144-WKW |
| | ) | |
| PAUL MEREZ GRAHAM | ) | |

## **ORDER**

For good cause, it is

ORDERED that the motion to suppress hearing previously scheduled for February 23, 2007, be and hereby is CONTINUED generally by agreement of the parties.

DONE, this 23rd day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE