IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:06cr144-WKW |
| ) | |
| PAUL MEREZ GRAHAM ) | |
| aka PAUL MONREZ GRAHAM ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>MARCH 7, 2007</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner: <u>PAUL MEREZ GRAHAM a/ka PAUL MONREZ GRAHAM</u> before the United States District Court at Courtroom 5-B, on the <u>7th</u> day of March 7, 2007, at 10:00 a.m.

DONE, this the <u>23rd</u> day of February, 2007.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc:   Paul Merez Graham
      Thomas Goggans
      United States Attorney
      United States Pretrial Services
      United States Probation Office