IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr144-WKW |
| | ) |
| PAUL MEREZ GRAHAM | ) |

**DEFENDANT PAUL MEREZ GRAHAM'S MOTION TO CONTINUE**

Comes now Defendant Paul Merez Graham, by and through counsel, and shows as follows:

1. This case is currently on this Court's April 23, 2007 docket.

2. Defendant Graham's motion to suppress is pending.

3. The undersigned counsel has recently been informed that there is a superseding indictment in this case.

4. Additional time is needed for the defense to evaluate the impact of the superseding indictment on the motion to suppress and the case itself and other matters concerning Defendant Graham.

WHEREFORE, Defendant Paul Merez Graham moves this Court to continue this case to the next trial term.

s/ Thomas M. Goggans
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Paul Merez Graham

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr144-WKW |
| | ) |
| PAUL MEREZ GRAHAM | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 26th day of February, 2007, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each of the following: Tommie Brown Hardwick, John T. Harmon, and Nathan Stump.

s/ Thomas M. Goggans
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Paul Merez Graham

2