IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CR. NO. 2:06-cr-144-WKW |
| | § | |
| PAUL MEREZ GRAHAM | § | |
| a/k/a PAUL MONREZ GRAHAM | § | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Nathan Stump, who will be serving as counsel of record for the United States in this matter.

Respectfully submitted this the 27th of February, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: Nathan.Stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | §§§§ |
| v. | §§ CR. NO. 2:06-cr-144-WKW |
| PAUL MEREZ GRAHAM<br>a/k/a PAUL MONREZ GRAHAM | §§§ |

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas M. Goggans, Esq.

          Respectfully submitted,

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ Nathan D. Stump
          NATHAN D. STUMP
          Assistant United States Attorney
          One Court Square, Suite 201
          Montgomery, AL 36104
          Phone: (334)223-7280
          Fax: (334)223-7135
          E-mail: Nathan.Stump@usdoj.gov