IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. <u>2:06cr144-WKW</u> |
| | ) | |
| PAUL MEREZ GRAHAM, a/k/a | ) | |
| PAUL MONREZ GRAHAM | ) | |

<u>ORDER</u>

Upon consideration of the Motion to Dismiss the First Superseding Indictment as to Paul Merez Graham, heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this 27th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE