IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO. 2:06cr144-WKW |
| ) | |
| PAUL MEREZ GRAHAM, a/k/a ) | |
| PAUL MONREZ GRAHAM ) | |

MOTION TO DISMISS FIRST SUPERSEDING INDICTMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to dismiss the First Superseding Indictment that was previously filed in this case on the grounds that a Second Superseding Indictment was filed on February 22, 2007.

Respectfully submitted this 27th day of February, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: Nathan.Stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:06cr144-WKW |
| | ) | |
| PAUL MEREZ GRAHAM, a/k/a | ) | |
| PAUL MONREZ GRAHAM | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2007, I electronically filed the foregoing Motion to Dismiss First Superseding Indictment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Thomas M. Goggans, Esq.

Respectfully submitted,

/s/Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: Nathan.Stump@usdoj.gov