IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | 2:06cr144-WKW |
| ) | |
| PAUL MEREZ GRAHAM  ) | |

## ORDER

Based upon this court's order setting the trial in the above-styled case for August 6, 2007, and for good cause, it is

ORDERED that the pretrial conference previously scheduled for April 2, 2007 be and hereby is rescheduled for 3:00 p. m. on **July 16, 2007** in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for dispositive motions, which is not extended.**

DONE, this 6th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE