| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2007 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:43 - 10:51 | |

√ **ARRAIGNMENT**   ❐ **CHANGE OF PLEA**   ❐ **CONSENT PLEA**
❐ **RULE 44(c) HEARING**   ❐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr144-WKW     **DEFENDANT NAME:** Paul Merez Graham
**AUSA:** Nathan Stump     **DEFENDANT ATTORNEY:** Thomas Goggans

Type counsel ( )Waived; (√)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES   Name:

---

❐ This is defendant's **FIRST APPEARANCE.**
❐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❐ **WAIVER OF INDICTMENT** executed and filed.
❐ **INFORMATION** filed.
❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   √ **Not Guilty** - Second Superseding Indictment
   ❐ **Guilty as to:**
      ❐ **Count(s):**
      ❐ **Count(s):**      ❐ dismissed on oral motion of USA
                   ❐ to be dismissed at sentencing
❐ Written plea agreement filed   ❐ **ORDERED SEALED**
❐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**   Already set on 8/6/07 Cr Term
   **DISCOVERY DISCLOSURE DATE:** 3/7/07
❐ **ORDER:** Defendant continued under ❐ same bond; ❐ summons; for:
      ❐ Trial on _____; ❐ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
      ❐ Trial on _____; or ❐ Sentencing on _____
❐ Rule 44 Hearing:   ❐ Waiver of Conflict of Interest Form executed
             ❐ Defendant requests time to secure new counsel

**Mr. Goggans states detention motion has been filed and would like court to set a hearing.**