IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06-cr-144-WKW |
| | ) |
| PAUL MEREZ GRAHAM | ) |

**DEFENDANT'S MOTION FOR HEARING ON
GOVERNMENT'S MOTION FOR DETENTION**

Defendant Paul Merez Graham moves this Court to set this case for a hearing on the government's motion for detention (Doc.4) for a hearing during the week of March 26, 2007.

/s/ **Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Paul Merez Graham

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06-cr-144-WKW |
| | ) |
| PAUL MEREZ GRAHAM | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 7th day of March, 2007, electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such to the following: **Tommie Brown Hardwick, John T. Harmon, Nathan D. Stump.**

/s/ **Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Paul Merez Graham

2