IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-144-WKW |
| | ) | |
| PAUL MEREZ GRAHAM | ) | |

**<u>ORDER</u>**

Upon consideration of the United States of America's Motion to Dismiss First Superseding Indictment (Doc. # 49), and for good cause shown, it is ORDERED that the motion is GRANTED and the Superseding Indictment (Doc. # 19) is DISMISSED.

DONE this 8th day of March, 2007.

                                                /s/   W.  Keith Watkins
                                          UNITED STATES DISTRICT JUDGE