IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr144-WKW |
| | ) | WO |
| PAUL MEREZ GRAHAM | ) | |

**<u>ORDER ON MOTION</u>**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on March 28, 2007. There is a presumption of detention which the court finds was not successfully rebutted in this case. In addition, the court finds that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that defendant has a criminal history which includes two felony convictions (in 1999 and 2000), a probation revocation on one of those convictions in 2002, and prior arrests on charges of carrying a concealed weapon, robbery 1st, and possession of marijuana 1st. After his felony convictions, defendant incurred charges in Georgia in 2005 for trafficking cocaine/marijuana/illegal drugs and possession of marijuana which remain pending. In addition, he was arrested in Montgomery, Alabama in 2005 with a handgun, more than 54 grams of cocaine powder, and more than a kilo of marijuana, and then arrested again in 2006 with another handgun and more than three kilos of marijuana, more than 16 grams of Ecstasy, more than 129 grams of powder cocaine, more than 4 grams of crack cocaine, more than 31 grams of hydrocodone (Vicodin), and more than 14 grams of alprazolam (Xanax), as well as some $12,000 in currency. Based on the foregoing, the court concludes that defendant continues to violate the law and to be involved with weapons and drug distribution

despite his prior convictions; that there are no conditions or combination of conditions which will reasonably protect the community; and that the defendant should be detained.

Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE, this 30th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE