IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr144-WKW |
| | ) | |
| PAUL MEREZ GRAHAM | ) | |

### **ORDER**

For good cause, it is

ORDERED that the suppression hearing previously scheduled on June 14, 2007 at 8:30 a.m. be and hereby is **rescheduled to June 15, 2007 at 9:00 a.m.** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 7th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE