IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr144-WKW |
| | ) | |
| PAUL MEREZ GRAHAM | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on July 24, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Paul Merez Graham, from July 24, 2007, through December 31, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agent Gwen Spence/ATF, Special Agent Edward Kleppinger/DHS-OIG, Postal Inspector Doug Wilson/Postal Service, Corporal Tommy Conway/MPD, and Captain Bobby Hughes/MPD, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE