IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:06-cr-144-WKW |
| ) | |
| PAUL MEREZ GRAHAM ) | |

## ORDER

This case is before the court on defendant's objections (Doc. # 64) to the Recommendation of the Magistrate Judge (Doc. # 61). After an independent and *de novo* review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge and defendant's objection, it is ORDERED that:

1. The Objections to the Magistrate's Report and Recommendation (Doc. # 64) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 61) is ADOPTED;

3. The defendant's Motion to Suppress (Doc. # 18) and Addendum to Motion to Suppress (Doc. # 30) are DENIED.

DONE this 19th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE