IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO. 02:06cr144-WKW |
| ) | |
| PAUL MEREZ GRAHAM ) | |

**UNOPPOSED MOTION TO CONTINUE**

Comes now Defendant Paul Merez Graham, by and through counsel, and shows as follows:

1. This case is on this Court's November 5, 2007 trial docket. This case is on a settlement track. The settlement will involve FEMA fraud charges unrelated to the charges contained in the indictment in this case. The parties need some additional time to complete paperwork relating to the FEMA fraud charges. Due to the undersigned counsel's involvement in various matters in a capital murder case in state court for the past several weeks, the parties will need some additional time to complete the paperwork and for the undersigned counsel to go over the same and explain the same to the defendant in this case.

2. Counsel for the United States of America, Nathan Stump has no objection to a continuance of the trial date in this case.

WHEREFORE, Defendant Paul Merez Graham moves this Court to continue the trial date in this case until the January 14, 2008 trial term.

2

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Paul Merez Graham

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr144-WKW |
| | ) |
| PAUL MEREZ GRAHAM | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 22nd day of October 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such to the following: **John T. Harmon, Tommie Brown Hardwick, Nathan D. Stump**

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Paul Merez Graham

3