# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY,
ALABAMA

DEBRA P. HACKETT
CLERK

TELEPHONE:
(33) 954-3600

DATE: January 18, 2008

TO:   ALL COUNSEL OF RECORD:

You are hereby notified that the jury list and juror profiles for the term of court beginning on February 4, 2008 before Judge W. Keith Watkins will be available at 3:30 P.M. on February 1, 2008 in the Jury Assembly Room, Jury Administrator's Office (Room B-108), First Floor, Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama.  The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS** and should be treated as such.  Counsel may carry the profiles to their offices but no copies of the profiles shall be made or retained by counsel.  Counsel **MUST** return **ALL** profiles to the Courtroom Deputy on the morning of jury selection.

If the jury list and profiles are not picked up on February 1, 2008,  they will be available at 8:30 A.M. on the morning of jury selection in the courtroom designated for jury selection that day.

NOTICE - ALL COUNSEL OF RECORD                 2:06cr144-WKW

_____ CRIMINAL TERM BEFORE JUDGE W. KEITH WATKINS

GOVERNMENT

_____
Nathan Stump

DEFENDANT

_____
Thomas Goggans