IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr144 |
| | ) |
| PAUL MEREZ GRAHAM | ) |

**NOTICE OF INTENT TO CHANGE PLEA**

Comes now Defendant Paul Merez Graham, by and through counsel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant will waive his right to plead in front of a district judge and consent to do so before a magistrate judge.

    **s/ Thomas M. Goggans**
    Ala. S.J.I.S. GOG001
    2030 East Second Street
    Montgomery AL 36106
    PH: 334.834.2511
    FX: 334.834.2512

    Attorney for Defendant
    Paul Merez Graham

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr144 |
| | ) |
| PAUL MEREZ GRAHAM | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 23d day of January, 2008, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: Nathan D. Stump, Tommie Brown Hardwick, John T. Harmon.

**s/ Thomas M. Goggans**
Ala.  S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Paul Merez Graham

2