IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr144 |
| | ) |
| PAUL MEREZ GRAHAM | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Comes now Thomas M. Goggans and moves to withdraw as counsel for Paul Merez Graham and, as grounds, states that Mr. Graham left a message at Thomas M. Goggans' office this morning that he no longer desired his services and was terminating his services.

                                              **s/ Thomas M. Goggans**
                                              Ala. S.J.I.S. GOG001
                                              2030 East Second Street
                                              Montgomery AL 36106
                                              PH: 334.834.2511
                                              FX: 334.834.2512

                                              Attorney for Defendant
                                              Paul Merez Graham

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:06cr144 |
| | ) |
| PAUL MEREZ GRAHAM | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 23d day of January, 2008, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of each of the following: Nathan D. Stump, Tommie Brown Hardwick, John T. Harmon and that I have served a copy of this document upon Paul Merez Graham by placing the same in the United States mail, first class postage prepaid and properly addressed on this the 23d day of January, 2008.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Paul Merez Graham

2