IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr144-WKW |
| | ) | |
| PAUL MEREZ GRAHAM | ) | |

## **ORDER**

Upon consideration of defendant attorney's motion to withdraw (Doc. # 80), filed January 23, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED pursuant to the court's previous oral order.

It is further ORDERED that the Federal Public Defender be appointed to represent the defendant in the above-referenced case. The Federal Defender shall file a written notice of appearance with this court.

DONE, this 30th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE