IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO. 2:06 CR 144-WKW-SRW |
| ) | |
| PAUL MERCE GRAHAM ) | |

### MOTION FOR LEAVE TO FILE A SECOND MOTION TO SUPPRESS

Comes now the defendant, pro-se, in the above style cause and hereby move this Honorable Court in a motion for leave to file an second Motion to Suppress. Done this 28th day of January 2008.

Respectfully Submitted

Paul M. Graham

Paul Merce Graham
Montgomery City Jail
P.O. Drawer 159
Montgomery, AL 36101

(1)

CERTIFICATE OF SERVICE

I hereby certify that on the 28th of January 2008, I mailed a copy of the foregoing, Motion to Suppress, via U.S. Postal Mail Service, to the following:

    Nathan D. Stump
    Assistant U.S. Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197


*Paul M. Graham*
Paul Merez Graham
Montgomery City Jail
P.O. Drawer 159
Montgomery, AL. 36101

(2)