IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
     )
v.     )     2:06cr144-WKW
     )
PAUL MEREZ GRAHAM     )

**ORDER**

Defendant Graham filed a *pro se* motion for leave to file a second motion to suppress (Doc. # 89) on January 29, 2008.  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion is DENIED for the following reasons:

1.     The motion is untimely.  Motions to suppress were due in this case on or before August 19, 2006.  <u>See</u> Doc. # 9. Good cause has not been shown for the late filing.

2.     Defendant's motion was filed *pro se*.  Defendant, who is represented by counsel, may only file motions through his attorney.

3.     Defendant's motion seeks to raise a claim for suppression pursuant to <u>Hart v. Attorney General of the State of Florida</u>.[1]  However – although defendant did not timely raise this argument – the undersigned previously addressed the argument *sua sponte* in a recommendation on defendant's prior motion to suppress.  <u>See</u> Doc. # 61 at 10 & n. 6.  The recommendation was adopted by the district judge.  Doc. # 69.  Thus, the <u>Hart</u> issue has already been resolved unfavorably to defendant in this court.

---

[1]  <u>See</u> 323 F.3d 884 (11th Cir. 2003).

DONE, this 1st day of February, 2008.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE