```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
　　　　　　　　　　　　　　　 )
　**v.** 　　　　　　　　　　　 )　　CASE NO. 2:06cr144-WKW
　　　　　　　　　　　　　　　 )
**PAUL MEREZ GRAHAM** 　　　　 )
**a/k/a PAUL MONREZ GRAHAM** 　)

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Tommie Brown Hardwick, as counsel for the United States of America in this matter in place of former Assistant United States Attorney John T. Harmon.

Respectfully submitted this 18th day of March, 2008.

　　　　　　　　　　　　　　　　　LEURA G. CANARY
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　**/s/Tommie Brown Hardwick**
　　　　　　　　　　　　　　　　　TOMMIE BROWN HARDWICK
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Bar Number: ASB4152 W86T
　　　　　　　　　　　　　　　　　131 Clayton Street
　　　　　　　　　　　　　　　　　Montgomery, Alabama 36104
　　　　　　　　　　　　　　　　　Phone: (334) 223-7280
　　　　　　　　　　　　　　　　　Fax: (334) 223-7135
　　　　　　　　　　　　　　　　　E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney