IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA           )
                                   )
        v.                         )          CR. NO. 2:06cr144-WKW
                                   )
PAUL MEREZ GRAHAM a/k/a            )
PAUL MONREZ GRAHAM                 )

## **ORDER**

Upon consideration of defendant's unopposed motion to reschedule (Doc. # 86) filed

January 28, 2008, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot.

DONE, this 10th day of April, 2008.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE