**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
       TELEPHONE:
CLERK
334 954-3600

April 21, 2008

# NOTICE

**TO: ALL COUNSEL OF RECORD:**

You are hereby notified that the jury list and jurors' profiles for the term of court beginning May 5, 2008 will be available at 3:30 p.m. on May 2, 2008 in the Jury Assembly Room (B-108), first floor, Frank M. Johnson, Jr. United States Courthouse Annex, One Church Street, Montgomery, Alabama. The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS** and should be treated as such. The information will now be provided in electronic media (disc) only. Counsel MUST return ALL discs to the Courtroom Deputy on the morning of jury selection.

The attached Juror Questionnaire Certification must be signed by counsel of record. If counsel designates an alternate person to obtain the juror profiles the designee must also sign the Juror Questionnaire Certification. The Juror Questionnaire Certification must be submitted to the Jury Administrator/Clerk's office at the time the juror profiles are obtained. (This document can be found on our website at www.almd.uscourts.gov).