IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
__**NORTHERN**__ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>PAUL MEREZ GRAHAM )  | CR NO. 2:06CR144-WKW |

## CONSENT

I, __Paul Merez Graham__, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my attorney, hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DONE, this the __28th__ Day of __April__, 20 __08__.

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT