# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-cr-144-WKW |
| | ) | |
| **PAUL MEREZ GRAHAM** | ) | |
| | ) | |

## UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Christopher A. Snyder, who will be serving as an additional counsel of record for the United States in this matter.

Respectfully submitted this the 2nd day of May, 2008

                                                              LEURA G. CANARY
                                                              United States Attorney

                                                              /s/ Christopher A. Snyder
                                                              CHRISTOPHER A. SNYDER
                                                              Assistant United States Attorney
                                                              131 Clayton Street
                                                              Montgomery, Alabama 36101-0197
                                                              334.223.7280
                                                              334.223.7135 fax
                                                              christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

                                                               /s/ Christopher A. Snyder
                                                              CHRISTOPHER A. SNYDER