IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-0144-WKW |
| | ) | |
| PAUL MEREZ GRAHAM | ) | |

## **ORDER**

Upon consideration of the United States's Unopposed Motion to Consolidate Sentencing Proceedings (Doc. # 104), it is ORDERED that the motion is GRANTED.

DONE this 7th day of May, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE