IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06cr144-SRW |
| | ) |
| PAUL MEREZ GRAHAM | ) |

ORDER

Upon consideration of the government's motion for release of prisoner filed on May 27, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Paul Merez Graham, from May 27, 2008, through August 27, 2008, so that Jim Tynan, USPIS, and/or Ed Kleppinger, DHS/OIG, can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Jim Tynan, USPIS, and/or Ed Kleppinger, DHS/OIG, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of May, 2008.

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE