## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
|     **v.** ) | **CASE NO. 2:06cr144-WKW** |
| ) | |
| **PAUL MEREZ GRAHAM** ) | |
| **a/k/a PAUL MONREZ GRAHAM** ) | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Tommie Brown Hardwick, and enters her notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 21st day of July, 2008.

                                            LEURA G. CANARY
                                            UNITED STATES ATTORNEY

                                            **/s/Tommie Brown Hardwick**
                                            TOMMIE BROWN HARDWICK
                                            Assistant United States Attorney
                                            Bar Number: ASB4152 W86T
                                            131 Clayton Street
                                            Montgomery, Alabama 36104
                                            Phone: (334) 223-7280
                                            Fax: (334) 223-7135
                                            E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                Respectfully submitted,

                **/s/Tommie Brown Hardwick**
                TOMMIE BROWN HARDWICK
                Assistant United States Attorney