# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HON. JUDGE W. KEITH WATKINS | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED   JULY 22, 2008 | AT 2:39 A.M./P.M. |
| DATE COMPLETED   JULY 22, 2008 | AT 3:30 A.M./P.M. |

UNITED STATES OF AMERICA                                  CR NO. 2:06cr144-WKW
                                                                          2:08cr94-WKW
VS.

PAUL MEREZ GRAHAM

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Nathan Stump | X | Atty. Michael Petersen |
| Tommie Hardwick | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy | Kevin Garrison | Risa Entrekin |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

SENTENCING

| | |
|---|---|
| 2:39 PM | Sentencing hearing commenced in 2:06cr144-WKW and 2:08cr94-WKW. Terms of plea agreements stated for the record. Court reserves ruling on plea agreements. Defendant's objections to PSR: an adjudication of Youthful Offender should not be counted; objection overruled. Court accepts plea agreements. Court's **ORAL ORDER** granting [110] Motion for Reduction in Criminal Offense Level for Acceptance of Responsibility as to Cr No. 2:06cr144-WKW. Sentence imposed. Court directs that forfeiture order be included as part of the judgment as to Cr No. 2:06cr144-WKW. Government's **ORAL MOTION** to Dismiss Court 2ss of the Second Superseding Indictment in Cr No. 2:06cr144. Court's **ORAL ORDER** granting motion to dismiss Count 2ss of the Second Superseding Indictment. |
| 3:30 PM | Hearing concluded. |