IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CASE NO. 2:06cr144-WKW |
| ) | |
| **PAUL MEREZ GRAHAM** ) | |
| **a/k/a PAUL MONREZ GRAHAM** ) | |

### FINAL ORDER OF FORFEITURE

WHEREAS, on May 13, 2008, this Court entered a Preliminary Order of Forfeiture (Doc. #107), forfeiting the following property to the United States:

> one Israeli Military Industries (IMI), Model Uzi Eagle, .40 caliber pistol, bearing serial number 96311044; and,
>
> one Ruger pistol, 9mm caliber, Model P89, bearing serial number 313-80221.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the Court finds that defendant Paul Merez Graham has an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such firearms in the commission of the violation of Title 18, United States Code, Section 922(g)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following firearms are hereby forfeited to the United

States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> one Israeli Military Industries (IMI), Model Uzi Eagle, .40 caliber pistol, bearing serial number 96311044; and,
>
> one Ruger pistol, 9mm caliber, Model P89, bearing serial number 313-80221.

2. All right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the ____ day of _____, 2008.


_____
UNITED STATES DISTRICT JUDGE