# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
MONTGOMERY, ALABAMA

**DEBRA P. HACKETT,**
CLERK

**MAILING ADDRESS:**
ONE CHURCH ST., RM B-110
MONTGOMERY, AL 36104
(334) 954-3610

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK AUG 0 6 2008 ATLANTA, GA.]*

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Re: District Court No <u>CR-06-W-144-N</u>

Court of Appeals No. 08-14434 H

## USA VS. PAUL MEREZ GRAHAM

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

- ☒ Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.
- ☒ First Notice of Appeal:  Yes ☒   No ☐   Other notices (dates):_____
- ☐ Other:
- ☒ The Judge or Magistrate Judge appealed from is: **JUDGE WILLIAM KEITH WATKINS**

- ☐ The Court Reporter (s) is/are: _____
- ☐ A hearing was not held in the case.  ☐ An **audio tape** is available for transcription of the court hearing
- ☐ The appellant DOCKET FEE has been paid: Yes ☐ No ☒ Date paid:
- ☐ Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.
- ☐ Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
  **Enclosed:** certified copy of Order & an updated docket sheet
- ☐ Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
  **Enclosed:** certified copy of Order & an updated docket sheet
- ☐ Copy of CJA form / order appointing counsel.
- ☐ Certified record on appeal consisting of : ___Volume(s) of pleadings; ___ PSI (s); ___ Volume(s) of transcript; ___ **ENVELOPE SEALED DOC**/Folder(s) of exhibits /depositions; ___ Supplemental file(s)
- ☐ ORIGINAL PAPERS:___Volume(s) of pleadings; ___ Volume(s) of transcript; ___ folders
- ☐ This is an appeal of a bankruptcy order. Bankruptcy Judge _____
- ☐ This is a DEATH PENALTY appeal.

Very truly yours,

Yolanda Williams
Deputy Clerk

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

August 11, 2008

**Appeal Number: 08-14434-H**
Case Style: USA v. Paul Merez Graham
District Court Number: 06-00144 CR-2-WKW-SRW

TO:   Michael John Petersen

CC:   Christine A. Freeman

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Tommie Brown Hardwick

CC:   Christopher A. Snyder

CC:   Nathan D. Stump

CC:   John T. Harmon

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 11, 2008

Michael John Petersen
Office of Federal Public Defenders
201 MONROE ST STE 407
MONTGOMERY AL 36104-3727

**Appeal Number: 08-14434-H**
Case Style: USA v. Paul Merez Graham
District Court Number: 06-00144 CR-2-WKW-SRW

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Although trial exhibits are routinely transmitted to this court, contraband, weapons, and currency may not be sent except by court order. Also, counsel must arrange at their own expense for transportation to and from this office of oversized exhibits. [See 11th Cir. R. 11-3].

In lieu of arranging for transmittal by the district court of oversized physical exhibits, parties are encouraged to substitute photographs, diagrams, or models of lesser size and weight, or to stipulate to the nature and content of such exhibits. Exhibits retained by the district court remain a part of the record on appeal for all purposes [Fed.R.App.P. 11], and thus requests to transmit oversized exhibits are discouraged.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept **motions or other filings** from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

In any direct criminal appeal from a judgment entered pursuant to the Sentencing Guidelines, counsel or parties proceeding pro se must contact the district court to ensure that the record includes the presentence investigation report (PSI) and " the information submitted during the sentencing proceedings." See 18 U.S.C.§3742(d).

In any criminal appeal in which there is an issue involving the validity of the guilty plea, counsel or parties proceeding pro se must contact the district court to ensure that the record includes a transcript of the guilty plea colloquy.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Melanie Gaddis (404) 335-6187

c: District Court Clerk

DKT-1 (11-2007)