Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

August 12, 2008

**Appeal Number: 08-14434-H**
Case Style: USA v. Paul Merez Graham
District Court Number:  06-00144 CR-2-WKW-SRW

TO:   Michael John Petersen

CC:   Christine A. Freeman

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Tommie Brown Hardwick

CC:   Christopher A. Snyder

CC:   Nathan D. Stump

CC:   John T. Harmon

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 12, 2008

Michael John Petersen
Office of Federal Public Defenders
201 MONROE ST STE 407
MONTGOMERY AL 36104-3727

CONCERNING APPELLANT PAUL MEREZ GRAHAM

**Appeal Number: 08-14434-H**
Case Style: USA v. Paul Merez Graham
District Court Number: 06-00144 CR-2-WKW-SRW

If the appellant named above intends to raise issue(s) regarding the sentence imposed under the Sentencing Guidelines, 18 U.S.C. § 3742(d) requires counsel or parties proceeding pro se in such cases to ensure that the record includes "the information submitted during the sentencing proceeding" [i.e., the transcript of the sentencing hearing]. According to the Transcript Order Form ("TOF") on file with us, the appellant named above did not make arrangements for transcription of the sentencing hearing.

Pursuant to 11th Cir. R. 42-1(b), the above-named appellant is hereby notified that, upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk unless the above-named appellant either (1) files an amended TOF (blank form attached) which certifies that financial arrangements to transcribe the sentencing hearing have been made, or (2) certifies that no issue regarding sentencing will be raised by checking the box below, dating, signing and returning this letter to the Clerk's Office.

11th Cir. R. 42-1(b) also provides that "[i]f an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Melanie Gaddis (404) 335-6187

[ ] Appellant _____ certifies that no issue regarding sentencing will be raised in the briefs in the matter above.

DATE:_____ SIGNATURE_____
(must be signed by counsel of record or party proceeding pro se)

SG-1 (03-2004)